UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joel A. Pisano |
| v. | : | Crim. No. 06-657 |
| ERMINSUL RYAN PEREZ | : | <u>DETENTION ORDER</u> |

RECEIVED JUN 21 2012 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

This matter having been opened to the Court upon the arrest of defendant Erminsul Ryan Perez pursuant to a warrant issued for his failure to appear for the sentencing hearing in this matter on February 14, 2012; and the United States, by Harvey Bartle, Assistant U.S. Attorney, in the presence of David Schafer, Esquire, attorney for defendant Erminsul Ryan Perez, and defendant Erminsul Ryan Perez, having moved for an order pursuant to Title 18, United States Code, Section 3143(a) detaining the defendant pending sentencing in this matter; and the defendant, through counsel at a hearing on June 20, 2012, having not contested detention; and for the reasons stated on the record on June 20, 2012, and for good cause shown,

IT IS, therefore, on this 21st day of June, 2012,

ORDERED that the motion of the United States for an order detaining the defendant pending sentencing in this matter is hereby GRANTED, and the defendant is hereby ordered detained pending a hearing on the petition for violation of supervised release; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3143, that the defendant be committed to the custody of

the Attorney General or his authorized representative pending the hearing; and it is further

ORDERED that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge